UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DASHONE MARCEL REYNOLDS                                CIVIL ACTION

VERSUS                                                 NO. 21-1615

ORLEANS PARISH SHERIFF'S OFFICE, ET AL.                SECTION: "T"(3)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim against the Orleans Parish Sheriff's Office is **DISMISSED WITH PREJUDICE** as frivolous.

**IT IS FURTHER ORDERED** that plaintiff's claim against Sergeant Deputy L. Evans is **DISMISSED WITHOUT PREJUDICE** for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this  31st  day of      March      , 2022.

_____
**UNITED STATES DISTRICT JUDGE**